IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DEWEY LIM,<br><br>            Plaintiff,<br><br>vs.<br><br>US Marshals, et al.,<br><br>            Defendants. | 8:20CV72<br><br>**MEMORANDUM<br>AND ORDER** |

     On August 13, 2020, the court ordered Plaintiff, within 30 days, to (1) update his address and (2) either file a new request for leave to proceed in forma pauperis (IFP) or pay the court's $400.00 filing and administrative fees. The court's order warned that failure to take these actions within 30 days would result in dismissal of this case without further notice to Plaintiff. To date, Plaintiff has not updated his address, filed a new IFP motion, paid the required fees, or taken any other action in this matter.

     IT IS THEREFORE ORDERED:

     1.    This case is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

     2.    The court will enter judgment by a separate document.

     Dated this 21st day of September, 2020.

                                                    BY THE COURT:

                                                  *Richard G. Kopf*

                                                  Richard G. Kopf
                                                  Senior United States District Judge